IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JAYMES ANTHONY STARK,<br><br>    Plaintiff,<br><br>v.<br><br>LEE COUNTY, IOWA; THE STATE OF IOWA; STEVE SPROUL; JEREMY HAMELTON; ZACHARY COPPAGE; DUSTIN YOUNG; AND C.J. WRAY,<br><br>    Defendants. | **No. 3:18-cv-00069-RGE-CFB**<br><br>**ORDER RE: COMPLAINT** |

    The Court has received and reviewed Plaintiff Jaymes Anthony Stark's Complaint, ECF No. 1. In Count VI (Cruel and Unusual Punishment—Denial of Necessary Medical Treatment), Plaintiff appears to request either a preliminary injunction or a temporary restraining order. *See id.* ¶¶ 53–68. Counsel has failed to comply with Local Rules 65 and 7(i). *See* LR 65 ("Any party requesting a preliminary injunction or a temporary restraining order, or both, must file a separate motion requesting such relief. In the motion, the moving party must set forth with particularity the facts relied upon in support of the request."); LR 7(i) ("A request for expedited relief must appear in the caption of the document. Counsel must alert the assigned federal judge that expedited relief is being requested by contacting the judge's chambers by phone or email.").

    If Stark is, in fact, requesting either a preliminary injunction or a temporary restraining order, Stark's counsel must file a motion in accordance with Local Rules 65 and 7(i) and meet the requirements detailed in Federal Rule of Civil Procedure 65. *See* Fed. R. Civ. P. 65 (detailing the requirements a party must meet in order to request a preliminary

injunction or temporary restraining order). The Court will take no further action on any temporary relief sought until such a motion is filed.

    **IT IS SO ORDERED**.

Dated this 29th day of June, 2018.

                                          REBECCA GOODGAME EBINGER
                                          UNITED STATES DISTRICT JUDGE