IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JAYMES ANTHONY STARK, | Case No. 3:18-cv-00069-RGE-CFB |
| Plaintiff, | |
| vs. | |
| LEE COUNTY, IOWA, STEVE SPROUL, JEREMY HAMILTON, ZACHARY COPPAGE, DUSTIN YOUNG, C.J. WRAY; | DEFENDANTS ANSWER |
| Defendants. | |

COMES NOW, the above defendants and for answer to Plaintiffs complaint states:

## INTRODUCTION

1. Defendants deny paragraph one (1) for lack of information.

2. Defendants admit the events complained of occurred June 29, 2016 in Lee County, Iowa. All other allegations of paragraph two (2) are denied.

## JURISDICTION

3. Defendants admit to the Court has subject matter jurisdiction of title 42 §1983 claims pursuant to 28 USC §1331, and 42 USC §1985 claims pursuant and 28 USC §1343.

4. Admitted

## PARTIES

5. Denied for lack of information

6. Admitted

7. Admitted

8. Admitted

9. Admitted

10. Admitted

11. It is admitted that Lee County Iowa is a political subdivision of the state of Iowa and operates a sheriff's office and jail. All other allegations of paragraph eleven (11) are denied.

12. The first sentence is admitted. The second sentence is denied for lack of information.

## FACTUAL BACKGROUND

13. Admitted

14. Admitted

15. Admitted

16. Denied

17. Denied for lack of information

18. Denied for lack of information

19. Denied

20. Denied

21. Denied for lack of information

22. Denied

23. Denied

24. Denied

25. Denied

26. Denied

27. Denied

28. Admitted

29. Denied

30. Denied

### COUNT I- UNREASONABLE SIEZURE – SPROUL AND LEE COUNTY

31. Defendants re-answer as set forth in paragraphs one (1) through twenty seven (27).

32. Denied

33. Denied

WHEREFORE Defendants pray Count I be dismissed at Plaintiff's costs and such further relief as the Court may deem proper.

**COUNT II- CRUEL AND UNUSUAL PUNISHMENT- SPROULS AND LEE COUNTY**

34. Defendants re-answer as set forth in paragraph one (1) through thirty (30).

35. Denied

36. Denied

WHEREFORE Defendants prays Count II be dismissed at Plaintiffs costs and for such further relief as may be proper.

**COUNT III- FREE SPEECH-DEFENDANTS RAY COPPAGE, HAMILTON, YOUNG AND LEE COUNTY**

37. Defendants re-answer, as set forth in paragraph one (1) through thirty-six (36).

38. Denied

39. Denied

WHEREFORE Defendants pray Count III be dismissed at Plaintiffs costs and for such further relief as the Count may deem proper.

### Count IV- CONSPIRACY- SECTION 1985- ALL DEFENDANTS

40. Defendants re-answer as set forth in paragraphs one (1) through thirty-nine (39).

41. Admitted

42. Denied

43. Denied

44. Denied

WHEREFORE Defendants pray Count IV be dismissed with costs to Plaintiff and such further relief as the Court shall deem proper.

### COUNT V- COMMON LAW NEGLIGENCE- ALL DEFENDANTS

45. Defendants re-answer, as set forth above paragraphs one (1) through forty-four (44).

46. Admitted

47. Admitted

48. Denied

49. Denied

50. Denied

51. Denied

52. Denied

WHEREFORE Defendants pray Count V be dismissed with costs assessed to Plaintiff and for such further relief as the Court may deem proper.

**COUNT VI – These Defendants make no response to Count VI**

**AFFIRMATIVE DEFENSES**

1.	Each individual defendant herein asserts qualified immunity from liability for the reason a) none violated any known or clearly established right of Plaintiff which would have been known to a reasonable person and b) it was objectionably reasonable for said individuals to believe their acts were lawful.

2.	Any harm, damage, or injury to Plaintiff was caused by the act or acts of third persons not under the control of defendants.

3.	Plaintiff's claims of conspiracy and deprivation of free speech alleged against the individual defendants is frivolous, malicious and fails to state a claim upon which relief can be granted.

4.	Plaintiff was, at time of filing of this action, a "prisoner" whether the meaning of the Prison Litigation Reform Act and had failed to exhaust available administrative remedies to address claims asserted herein.

WHEREFORE Defendants pray the Court dismiss the matter at Plaintiff's cost and for such further relief may be deemed proper.

Dated this 6th day of August 2018.

>By:    __/S/ Steven E. Ort__
>Steven E. Ort    AT0005959
>BELL, ORT & LIECHTY
>200 W. Main St., P.O. Box 143
>New London, IA 52645
>Ph: (319) 367-2251
>Fax: (319) 367-7745
>E-Mail: bellortliechtylaw@gmail.com
>ATTORNEY FOR DEFENDANT

Copy to:

David A. O'Brien
DAVE OBRIEN LAW
1500 Center St NE
Cedar Rapids IA 52402
E-Mail: dave@daveobrienlaw.com

---

CERTIFICATE OF SERVICE
I hereby certify that on August 6, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following: David A O'Brien, Attorney for Plaintiff.
   __/S/ Steven E. Ort__