IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JAYMES ANTHONY STARK, | Case No. 3:18-cv-00069-RGE-CFB |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL BY DEFENDANT' STEVE SPROUL |
| LEE COUNTY, IOWA; THE STATE OF IOWA; STEVE SPROUL, JEREMY HAMILTON, ZACHARY COPPAGE, DUSTIN YOUNG, C.J. WRAY, | |
| Defendants. | |

NOTICE is hereby given that Steve Sproul, a defendant in the above named case hereby appeals to the United States Court of Appeals for the Eighth Circuit from an order denying defendant Sproul's motion for summary judgment on grounds that he has qualified immunity from Plaintiff's cause of action. Said order was entered in this matter on February 13, 2020.

STEVE SPROUL,

By: *[signature]*

Steven E. Ort
BELL, ORT & LIECHTY
200 W. Main Street, P.O. Box 143
New London, IA 52645
Ph:   (319) 367-2251
Fax:  (319) 367-7745
Email: bellortliechtylaw@gmail.com
ATTORNEY FOR DEFENDANT