**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| JAYMES ANTHONY STARK ) | |
| ) | |
| Plaintiff, ) | **CASE NO.: 3:18-cv-00069** |
| ) | |
| vs. ) | |
| ) | |
| LEE COUNTY IOWA, THE STATE OF ) | |
| IOWA; STEVE SPROUL; JEREMY ) | **MOTION FOR LEAVE TO PARTIALLY** |
| HAMELTON; ZACHARY COPPAGE; ) | **WITHDRAW AS COUNSEL** |
| DUSTIN YOUNG; and C.J. WRAY, ) | **FOR PLAINTIFF** |
| ) | |
| Defendants. ) | |

COMES NOW, the undersigned counsel pursuant to Local rule 83(d)(6)(B) and Moves for Leave of Court to Partially Withdraw as Counsel for Plaintiff, as follows:

1. Undersigned counsel and Stark have gone back and forth over the efficacy of the claims filed against the State. That claim was pursued initially by undersigned counsel in order to ensure that Stark got the medical treatment he needed, including surgery. That goal has been accomplished.

2. Stark previously agreed to drop the claim against the State, but has recently refused to sign off on the dismissal of that claim.

3. Undersigned counsel informed Stark that undersigned counsel will not be filing a resistance to the State's summary judgment motion because of the belief that the claim lacks factual and legal support and is counterproductive to the pursuit of the valid claims against the Lee County defendants.

4. Undersigned counsel recently consulted with Stark to inform him of the need to withdraw from representation because of the ongoing impasse. Stark informed undersigned counsel that he wants undersigned counsel to continue to represent him on the

claims against the Lee County defendants. Undersigned counsel is willing to act on Stark's behalf in that limited capacity.

5. The only pending motion before the court is the summary judgment motion filed by the State on March 18, 2020. Stark has indicated that he will either procure other counsel to represent him on that claim, or proceed *pro se*.

6. There is a pending interlocutory appeal, but undersigned counsel will continue to represent Stark in that appeal related to the claims against the Lee County Defendants. In the appeal the Lee County Defendants must file their brief by May 4, 2020, and Stark's brief is due 30 days from the date the appellate court issues the Notice of Docket Activity filing the brief of appellant.

7. No trial is currently schedule in this matter.

8. Undersigned counsel requests that he be allowed to withdraw from representing Stark on the claims made against the State, but be allowed to continue representing Stark in the claims made against the Lee County Defendants.

9. In the alternative, should the court find that the complete withdrawal of undersigned counsel is appropriate, then undersigned counsel requests that relief.

10. A copy of this Motion for Leave to Withdraw was mailed to the Plaintiff on April 23, 2020, and undersigned counsel discussed this matter with Plaintiff prior to that date about the need for him to secure substitute counsel on the claims against the State.

WHEREFORE, undersigned counsel requests the court grant the Motion for Leave to Partially Withdraw on the claims against the State; or in the alternative for complete withdrawal from representation of Plaintiff in this matter; and for any other relief deemed just and appropriate by the court.

Respectfully submitted,

**Dave O'Brien Law**
1500 Center St. NE
Cedar Rapids, Iowa 52402
Telephone:  (319) 861-3001
Facsimile:    (319)861-3007
E-mail: dave@daveobrienlaw.com
By:      **/s/ *David A. O'Brien***
          DAVID A. O'BRIEN, AT0005870

**Copy to**:

Steven E. Ort
BELL, ORT & LIECHTY
200 W. Main St., P.O. Box 143
New London, IA 52645
E-Mail: bellortliechtylaw@gmail.com

William A. Hill
Assistant Attorney General
Special Litigation Division
Hoover Building, 2nd Floor
1305 E. Walnut
Des Moines, Iowa 50319
Email: William.Hill@ag.iowa.gov
ATTORNEYS FOR STATE OF IOWA

Jaymes Stark
Des Moines County Correctional Center
513 N. Main
Burlington, Iowa 52601
PLAINTIFF

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on the 23rd day of April, 2020, by: |
| ___ U.S. Mail              ___ FAX<br>___ Hand Delivered      ___ Certified Mail<br>___ FedEx/Airborne Express    _X_ EDMS |
| Signature:   */s/ Julia Daugherty* |