# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

| | |
|---|---|
| JAYMES ANTHONY STARK, | ) |
| Plaintiff, | ) CASE NO.: 3:18-cv-00069 |
| vs. | ) |
| LEE COUNTY IOWA; STEVE SPROUL, JEREMY HAMELTON; ZACHARY COPPAGE; DUSTIN YOUNG; and C.J WRAY, | ) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | ) |

Pursuant to FRCP 41(a)(1)(A)(ii), the Parties herein jointly stipulate to dismiss the above-captioned matter with prejudice, and in support thereof, state:

1. The Parties have settled all issues between them in this case and hereby file this joint stipulation to dismiss with prejudice all of Plaintiff's claims and causes of action filed against all Defendants in this action.

2. The Parties agree that each party shall bear his/its own fees and costs.

WHEREFORE, the Parties stipulate that this case is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).

**Respectfully submitted,**

 /s/ David A. O'Brien
David A. O'Brien  AT0005870
DAVE O'BRIEN LAW
1500 Center Street NE
Cedar Rapids, Iowa 52402
Ph: (319)861-3001
Fax: (319)861-3007
E-Mail: dave@daveobrienlaw.com
ATTORNEY FOR PLAINTIFF

/s/Steven E. Ort
Steven E. Ort     AT0005959
BELL, ORT & LIECHTY
200 W. Main St., P.O. Box 143
New London, IA 52645
E-Mail: bellortliechtylaw@gmail.com
ATTORNEY FOR DEFENDANT LEE COUNTY, IOWA